# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-014-199

**Effective Date of Registration:**
September 22, 2015

## Title

**Title of Work:** Fashion Week 2015
**Volume**: 1
**Number**: 1
**Date on Copies**: 03312015

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 31, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Gustavo Escanelle
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Gustavo Escanelle
4527 Annunciation, New Orleans, LA, 70115

## Limitation of copyright claim

**Material excluded from this claim:** photograph

**New material included in claim:** photograph

## Rights and Permissions

**Name:** Gustavo Escanelle
**Email:** gescanelle@gmail.com
**Telephone:** (504)214-1697
**Address:** 4527 Annunciation st
New Orleans, LA 70115 United States

**Certification** _____

    **Name:** Gustavo Escanelle
    **Date:** September 22, 2015