UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUSTAVO ESCANELLE<br>    Plaintiff<br><br>vs.<br><br>GOLDEN GRIFFEN PUBLISHING,<br>LLC, d/b/a ART + DESIGN<br>MAGAZINE, and<br><br>STEVE MARTIN,<br><br>Defendants | CIVIL ACTION<br>CASE NO. 17-10181<br>SECTION "E" (4) |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

NOW COMES defendants, Golden Griffen Publishing, LLC and Steve Martin ("Defendants"), by and through undersigned counsel, which respectfully moves the Court for an extension of time plead pursuant to Local Rule 7.8.

Defendant's responsive pleading to the complaint of Gustavo Escanelle ("Plaintiff') is currently due on October 30, 2017. Pursuant to Local Rule 7.8, Defendants request an extension of twenty-one (21) days to respond to Plaintiff's complaint. The requested extension would make Defendants' responsive pleading due on November 20, 2017.

Undersigned counsel certifies that Defendants have not received a previous extension of time to plead and no objection to an extension of time to plead has been filed into the record by any party.

{00144333.DOCX;1}

        Respectfully submitted,

        LOWE, STEIN, HOFFMAN,
         ALLWEISS & HAUVER, L.L.P.


        */s/ Mitchell J. Hoffman*
        MITCHELL J. HOFFMAN (#6896)
        mhoffman@lowestein.com
        One Shell Square, Suite 3600
        701 Poydras Street
        New Orleans, Louisiana  70139
        Telephone:  (504) 581-2450
        *Attorney for Golden Griffen Publishing,*
        *LLC and Earnest Steven Martin*


## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 26th day of October, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        */s/ Mitchell J. Hoffman*